DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIAN A. SYMONETTE,**
Appellant,

v.

**CITY OF MIRAMAR, CITY OF MIRAMAR POLICE DEPARTMENT, STEPHANIE SYMONETTE,** and **SYMONETTE ACCOUNTING AND INVESTMENTS, INC.,**
Appellees.

No. 4D18-0738

[November 21, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE 17-003555.

Brian A. Symonette, Moore Haven, pro se.

Justin D. Luger and Samuel I. Zeskind of Weiss Serota Helfman Cole & Bierman, P.L., Fort Lauderdale, for appellee City of Miramar and City of Miramar Police Department.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***